STATE v. LAMBERT

No. 153A02

Case below: 149 N.C. App. 163

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 May 2002.

STATE v. LEE

No. 114A02

Case below: 148 N.C. App. 518

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 May 2002.

STATE v. LEE

No. 128P02

Case below: 148 N.C. App. 407

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

STATE v. LINTON

No. 557P01

Case below: 145 N.C. App. 639

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

STATE v. NANCE

No. 226P02

Case below: 149 N.C. App. 734

Motion by Attorney General for temporary stay denied 3 May 2002. Petition by Attorney General for writ of supersedeas denied 3 May 2002. Notice of appeal by Attorney General pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 3 May 2002. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 May 2002.